UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61678-CIV-COHN-SELTZER

CIVIL TRIAL MINUTES          4/16/2014          DAY #3

JUDGE JAMES I. COHN, PRESIDING 

THE CELLER LAW ORGANIZATION, INC.,
d/b/a THE CELLER ORGANIZATION,
James Gale, Esq.
Jesse Diner, Esq.
Susan Latham, Esq.
Jose Florez, Esq.

VS.

SONY PICTURES TELEVISION INC.,
Ian Ross, Esq.
Jeff Scott, Esq.
Glenn Goldstein, Esq.
Kristina Ciaffi, Esq.
Robert Moses, Esq.

Deputy Clerk: Valerie Thompkins          Court Reporter: Robin Dispenzieri

---

9:00 A.M.     Jury Trial resumed
              Plaintiff witness-Christopher Morrison
              Plaintiff rests

The parties announced that they had reached a resolution of the controversy. The Court accordingly directed the parties to file their papers seeking dismissal of the action on or before April 28, 2014.